```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 03038
   GWEN WILLIAMS-PAYNE
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-4173


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/11/08 .

   2.  The case was dismissed without confirmation, 08/15/2008.

   3.  The Debtor paid a total of $  10156.66 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIFINANCIAL MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| NIGRO & WESTFALL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | 2464.47 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | NOT FILED | .00 | 956.04 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ACCESS CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ACCESS CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ACTIVITY COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCED HEALTHCARE FOR | UNSECURED | NOT FILED | .00 | .00 |
| AIM CORP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CB ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FAMILY | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| JAVED BHOJANI | UNSECURED | NOT FILED | .00 | .00 |
| LOMBARD FOOT & ANKLE CLI | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| SANTANNA ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |

```
NEWPORT NEWS              UNSECURED      NOT FILED              .00            .00
NORTHSIDE HOSPITAL        UNSECURED      NOT FILED              .00            .00
NORTHSIDE HOSPITAL        UNSECURED      NOT FILED              .00            .00
PFG OF MINNESOTA          UNSECURED      NOT FILED              .00            .00
PT CREDIT SV              UNSECURED      NOT FILED              .00            .00
QUEST DIAGNOSTICS         UNSECURED      NOT FILED              .00            .00
REDLINE RECOVERY SRVS     UNSECURED      NOT FILED              .00            .00
RJM ACQUISITIONS LLC      UNSECURED      NOT FILED              .00            .00
SHERMAN ACQUISITION       UNSECURED      NOT FILED              .00            .00
TELECHECK SERVICES        UNSECURED      NOT FILED              .00            .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED              .00            .00
ZENITH ACQUISITION CORP   UNSECURED      NOT FILED              .00            .00
ZENITH ACQUISITION CORP   UNSECURED      NOT FILED              .00            .00
GLEASON & MACMASTER       ORIGINAL ATTO   3500.00               .00        3500.00
       Summary of disbursements:
-----------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00      3500.00          .00           .00       3500.00
PRINCIPAL PAID     3420.51      3500.00          .00           .00       6920.51
INTEREST PAID          .00          .00          .00           .00           .00
TOTAL PAID         3420.51      3500.00          .00           .00       6920.51
```

The Debtor's attorney, PRO SE DEBTOR                , was allowed $       .00
and was paid $      .00 .

The Trustee received $    426.09 .

Refunds to the Debtor totaled $   2810.06 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/13/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                              PAGE  3
        CASE NO. 08 B 03038 GWEN WILLIAMS-PAYNE
```